UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00253-JRS-MJD |
| | ) | |
| TYREE HARPER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY SETTING PLEA AND SENTENCING HEARING**

Defendant Tyree Harper has entered a petition to enter a plea of guilty and plea agreement [57] in the above-referenced cause. The plea will be taken and sentencing held on **December 4, 2019 at 9:00 a.m. (EDT)** in Room 246, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Any sentencing memoranda and/or supporting exhibits shall be filed by November 27, 2019.

Date: 11/5/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Scott Allen DeVries
DEVRIES LAW OFFICE
sdevries@devries-law.com

C. Ryan Finlen
UNITED STATES ATTORNEY'S OFFICE/U.S. DEPARTMENT OF JUST
ryan.finlen@usdoj.gov

Stephen G. Gray
ATTORNEY AT LAW
misstuffy@aol.com